ORIGINAL

FILED-USDC-NDTX-DA
'24 OCT 29 PM4:43



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOUSEF MOHAMMAD ZAKI ALSWIJ | CASE NO.<br><br>3-24CR-468-X |

### INDICTMENT

The Grand Jury Charges:

Count One
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1))

On or about July 28, 2021, in the Dallas Division of the Northern District of Texas, defendant **Yousef Mohammad Zaki Alswij** did knowingly transport any child pornography using any means and facility of intestate and foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer.

Specifically, **Alswij** used an Apple iPhone 11 Pro cellular phone, with serial number C39ZLQQVN6Y8, and flew by airplane into the state of Texas, to transport files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A), including the following described file:

| File | Description of the image |
|---|---|
| IMG_9741.MP4 | A video depicting an adult male penetrating the vagina of a prepubescent female child with the adult male's penis. |

In violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1).

Indictment – Page 1

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Alswij** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[Remainder of page intentionally left blank.]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. An Apple iPhone 11 Pro, bearing serial number C39ZLQQVN6Y8, seized from **Alswij's** person on or about July 28, 2021.

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Vincent J. Mazzurco
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: vincent.mazzurco@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**YOUSEF MOHAMMAD ZAKI ALSWIJ**

INDICTMENT

18 U.S.C. § 2252A(a)(1) and (b)(1)
Transportation of Child Pornography
(Count 1)

18 U.S.C. § 2253
Forfeiture Notice

1 Count

A true bill rendered

_____    _____
DALLAS                                                                FOREPERSON

Filed in open court this 29 day of October, 2024.

------------------------------------------------------------------------

**Defendant in Federal Custody since 10/24/2024**

------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:24-MJ-950-BT